IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROSANNA GRDINICH,<br><br>　　　　*Plaintiff*,<br><br>　v.<br><br>PHILADELPHIA HOUSING AUTHORITY,<br><br>　　　　*Defendant*. | CIVIL ACTION<br>NO. 16–03070 |

## **ORDER**

**AND NOW**, this 17th day of May, 2017, after consideration of Defendant's motion for summary judgment, (ECF No. 32), Plaintiff's response in opposition, (ECF No. 35), and Defendant's reply, (ECF No. 39), it is hereby **ORDERED** that the Defendant's motion for summary judgment is **GRANTED**. Judgment is entered in favor of the Defendant. The Clerk of Court shall close this matter.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　***/s/ Gerald J. Pappert***
　　　　　　　　　　　　　　　　　　　GERALD J. PAPPERT, J.

1